UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:14-cv-14183-JEM

MARGARET B. CLARK, *on behalf of herself
and all others similarly situated,*

    Plaintiff,

v.

BUTLER & HOSCH, P.A.,
*a Florida Professional Corporation, and*
NELSON A. PEREZ, *individually*

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, MARGARET B. CLARK, gives notice to the Court that she has agreed on the terms of a settlement with Defendants Butler & Hosch, P.A. and Nelson A. Perez.

    Respectfully submitted,

*/s/ Leo W. Desmond*
LEO W. DESMOND, ESQUIRE
Florida Bar No. 0041920
5070 Highway A1A
Suite D
Vero Beach, Florida 32963
Telephone (772) 234-5150
Facsimile (772) 234-5231
lwd@verobeachlegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January12, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. Mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

>Respectfully submitted,
>
>*/s/* Leo W. Desmond
>LEO W. DESMOND, ESQUIRE
>*Attorney for Plaintiff*
>Florida Bar No. 0041920
>5070 Highway A1A
>Suite D
>Vero Beach, Florida 32963
>Telephone: (772) 234-5150
>Facsimile: (772) 234-5231
>lwd@verobeachlegal.com